06- 468

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): TYRONE GUINN | | Docket or Case No.: |
| Place of Confinement: Delaware Correctional center 1181 paddock Rd. Smyrna DEL. 19977. | | Prisoner No.: 375731 |
| Petitioner (include the name under which you were convicted) TYRONE GUINN | v. | Respondent (authorized person having custody of petitioner) State OF DElaware |
| The Attorney General of the State of DElaware | | |

FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Superior Court of the State OF DElaware, New Castle County courthouse 500 N. King st. Suite 10400 Wilm, DEL. 19801-10400

   (b) Criminal docket or case number (if you know): 5/20/05

2. (a) Date of the judgment of conviction (if you know): 7/1/05

   (b) Date of sentencing: 3 years Level 5, 1 year Level 4, 2 years Level 3

3. Length of sentence: __________

4. In this case, were you convicted on more than one count or of more than one crime? Yes ❑ No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: 1st Assault IN Detention Center with Bodily fluid.

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (3) Nolo contendere (no contest) ❑

   (2) Guilty ❑ (4) Insanity plea ❑

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: Supreme Court of Delaware

(b) Docket or case number (if you know): 313, 2005

(c) Result: Affirmed

(d) Date of result (if you know): Feb. 28 2006

(e) Citation to the case (if you know): "Don't Know"

(f) Grounds raised: Trial Court erred as a matter of Law when It DENIED MY Motion FOR Judgment of Acquittal because the State failed to present sufficient Evidance that I Intentionally Struck officer Shomwae With Bodily Fluid.

(g) Did you seek further review by a higher state court? Yes ☑ No ☑

If yes, answer the following:

(1) Name of court: Supreme Court of Delaware Re-Hearin on Bench.

(2) Docket or case number (if you know): N/A

(3) Result: It was Return with the Mandate Statin; No Further Review In It's Court

(4) Date of result (if you know): March 16. 2006.

(5) Citation to the case (if you know): N/A

(6) Grounds raised: Same as the above on Direct Appeal.

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☑ No ☐

If yes, answer the following:

(1) Docket or case number (if you know): there was Not one (Case Return with mandate to Superior Court.)

(2) Result: Returned Denied.

(3) Date of result (if you know): MAR 16 2006

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Superior Court of Delaware

(2) Docket or case number (if you know): 04/10/3992

(3) Date of filing (if you know): April. 25. 2005

(4) Nature of the proceeding: Denied

(5) Grounds raised: 1.) INEffective Assistance of Counsel 2.) illegal of Sentencing 3.) Trial Court ERRS

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☑

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ❑ No ❑

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ❑ No ❑

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☑ No ❑

(2) Second petition: Yes ❑ No ❑

(3) Third petition: Yes ❑ No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** TRial Court ERRed as a Matter of Law, When It DENied my motion For Judgment of Acquittal Due to Insufficient Evi.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Thiral Court eRRed as a matter of Law, When It DENied my Motion FOR Judgment of Acquittal on Assault In Det. Facility, Alleged In Count (I.) OF MY Indictment as the State Failed to present evidence "Sufficient" that I Stuck Officer Shannon with Bodily Fluid. When the Claim Victum DiD Not see me Strick hem. Nor was he and his witness able to Indentifie what "So called" JeR was Lise Durin the Crime.

(b) If you did not exhaust your state remedies on Ground One, explain why: ______

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Motion FOR Relief

Name and location of the court where the motion or petition was filed: Superior Court of the State OF Delaware, New Castle County Courthouse 500 N. King St. Suite 10400 Wilm, DE 19801-10400.

Docket or case number (if you know): I.D.# 0411013992

Date of the court's decision: 5/25/06

Result (attach a copy of the court's opinion or order, if available): here IS A Attach Copy of the Court Order (See Attached Exhibit.)

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: the Supreme Court P.O. Box 476 Dover, DE 19903

Docket or case number (if you know): 313, 2006

Date of the court's decision: Feb. 29. 2006

Result (attach a copy of the court's opinion or order, if available): here IS A Attach Copy of the Court Order (see Attached Exhibit of Direct Appeal.)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I Filed a second Post Convection, To Recive Relief.

**GROUND TWO:** __________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ____________________

____________________

____________________

____________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ____________________

____________________

____________________

____________________

GROUND THREE: ____________________

____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

____________________

____________________

____________________

____________________

____________________

____________________

(b) If you did not exhaust your state remedies on Ground Three, explain why: ____________________

____________________

____________________

____________________

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

____________________

____________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______

**GROUND FOUR:** ______________________________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why: ______________

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________

Name and location of the court where the motion or petition was filed: ______________

Docket or case number (if you know): ______________

Date of the court's decision: ______________

Result (attach a copy of the court's opinion or order, if available): ______________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________

______________________

______________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________

______________________

______________________

______________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

______________________

______________________

______________________

______________________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ❑ No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______________________

______________________

______________________

______________________

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________

______________________

______________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ❑ No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ________

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ________

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ________

(b) At arraignment and plea: Nicole M. Walker, Public Defender Office Carvel, State office Building 820. N. French St. 3 Floor wilm. DE. 19801

(c) At trial: Nicole Walker, Same.

(d) At sentencing: Nicole Walker Same.

(e) On appeal: Nicole Walker Same.

(f) In any post-conviction proceeding: 'pro se'

(g) On appeal from any ruling against you in a post-conviction proceeding: 'Pro Se'

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☑ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: New Castle County Court house 500 N. King St. Suite 500 Wilm, DE 19801-3746

(b) Give the date the other sentence was imposed: 1/11/06

(c) Give the length of the other sentence: (1#) Year Level 4# (1#) Year Level 3# (Level 2#)

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* ______

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: For Judgment of ACQuittal upon Ground (1st) That was Raised.

or any other relief to which petitioner may be entitled.

______________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 7/27/06 (month, date, year).

Executed (signed) on 7/27/06 (date).

[signature]
Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________________________

______________________________________________

______________________________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *

I/M Tyrone Guinn
SBI# 345731 UNIT Shu 19#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY



to: Office of the Clerk
United States District
Court 844 N. King St.
Lock Box 18 Wilm, Del
19801-3570

-LEGAL MAIL-