**D.I. #**_____

# CIVIL ACTION
# NUMBER: _____ 06 CV 468 KAJ _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT** CV 06-468 KAJ
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.50 |

Postmark Here

Sent To LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No. DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0002 2585 9516