D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 06 CV 468 KAJ _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

06-468 KAJ

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.30 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

Postmark Here

Sent To
WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No. DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4 1181 PADDOCK RD.
SMYRNA DE 19977     06cv468

7003 1680 0002 2585 9523

PS Form 3800, June 2002          See Reverse for Instructions