Name: Tyrone Quinn

RE: Discovery Pursue to Rule 6,
Action No. 06-468-KAJ                    Date: 9/13/06

Dear Judge KENT Jordan My Name Is Tyrone Quinn I Filed A petition for HABEAS Corpus Pursue to Rule 28 U.S.C.A 2254. and it was granted Relief.

HereBy: Im Now Requstin" Discovery Requst Pursue to Rule 6. Discovery of the Federal Rules.

Pursue to Rule 6. (B) Im Now providing you the Following Resons For the Requst and Specify any AND all Requst Documents. So please Find the Inclosed Requst.

Sincerly

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD 9/15/06