06-468

Discovery Request
Pursue to Fed. Rule 6. Discovery Request

Rule 6(B)    Scanned- _____  / /

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The specific reason for my request of Discovery is that the fact, the evidence that was presented in petitioner trial during cross-examination by State(s) Dep. Attorney General Cari Van Dyke, was NOT introduce in the Defendant Rule 16, Superior Court Criminal Rule, pursue to Rule 16,(A)(1)(A). Thus but shown only to the Jury and Defendant Counsel, during trial. The evidence was exhibit(s) I.# and II.# of photographs, the photo was the evidence of covered feces on the walls and doors and fence in my case that was not shown to the states witness who was assualted to verfie such claim by attorney, nor presented in Sgt. Phillips incident reports on that very day of when the assault had happen. Fact In Sgt. Phillips incident report he had specifie as evidence only clothes from the officers, and the cut on finger. Thus he did not indicate in his incident report that he had tooking into evidence photographs of the above locations that the State Attorney had convict Defendant of in the court of law on that very day of 5/19/05 5/20/05. Finally in all the states witness testimony may indicated

That all photographs was also Turned over to Lt. Rispoli In charge. But In his Incidance Report he did not Spcifie Any Evidence Nor Verifie Any Evidence at all That Such above Claim. Therefor The Reson for these Incident Reports from the States Attorny Is Simply Because I Need Them to Prove my Case to Reverse my Convection In Sentoncin on Insufficent Evidance as Such Grounds In my Petition for Habeas Corpus Relitf.

Petitioner,

*[signature]*

Tyrone Guinin   SbI: 375731

*[signature: Yours Truly]*

— Certificate of Service —

I, TYRONE GUINAN, hereby certify that I have served a true and correct copy of the attached motion upon the following Judge, on the 10th day of Sep, 2006.

Chambers of;
To: KENT A. JORDAN, District Judge
Lockbox 10  844 King St.  U.S. Courthouse
Wilm, Del. 19801

9/10/06
Date Signed

*[signature]*
Signature of Plaintiff

