Re: Final Opening Brief
Tyrone Guinn
SBI: 375731          Case No. 06-468-KAJ.

Dear: District Judge mr Kent Jordan, I'm Tyrone Guinn the petitioner in civil action No. 06-468-KAJ, The reason why I'm sending you lette is Because I'm sending you the last of my opening brief that I have forward to your office on 9/1/06 and was granted. Here is also one of the grounds I have insured in my petition for relief with also A.B.C page numbering of appendices "evidance insured in the lower state courts postconvection motions. So please inclosed the petitioner final opening brief.

Sincerely
A Petitioner,

Tyronee Guinn
SBI: 375731

9/1/06.

FILED
SEP 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE