IN THE UNITED STATES   DISTRICT
COURT FOR THE STATE OF DELAWARE

TYRONE GUINN,

      PETITIONER,

V.

           CIVIL ACTION No,
                    06-468-KAJ

THOMAS CARROLL
WARDAN, AND CARL.C.
DANBERG, ATTORNEY
GENERAL OF THE STATE OF
DELAWARE,

      RESPONDENTS,

> FILED
>
> SEP 25 2006
>
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE

BRIEF PETITIONER.

TYRONE GUINN   SBI: 375731

DATE, Aug. 29th, 2006

TABLE OF Contents

TABLE of Citations. . . . . . . . . . . . . . (ii)

NAture AND StaGE OF PROCEEDiNGS. . . . . . .. (1)

Summary OF ARGUMENt. . . . . . . . . . . .. (2)

Statement OF Fects. . . . . . . . . . . .. (3)

ARGUMENt        COUNSEL FaiLED to CRoss-EXAm CHARacteR
               witness that WAS SubPened, ANd ALSo
               ACtED with DeFicient PReFormence When
               Counsel Faited to Duscess ARgumenits
               oN APPeck with PlontiFF/DEFendent BeFoR
               Sending It to SuPReme CovRt of
               APPeoh, Direct APPeel(s) A monith Befor
               Noticen Client. . . . . . .  (4)

ConClus ion. . . . . . . . . . . . . . . . (6)

SUPERIOR CovRt CRimINAL DoCKET
               APPENDiX . . . — . . . (A.)

SuPREME CouRt DoCKEt. . . . . . . . . (B.)
               APPENDiX

OPENiNG BRiEF AND APPENDiX . . . . .. (C.)
               LEttER6)

i

Case!

— NONE AT TIME — . . .

Rules:

DE St s Ct Rule 26# . . . . . . . .

NATURE AND STAGE OF PROCEEDINGS

ON 5/19/06 APPELLANT had A TRIALDATE
ATTEND to, While DURN That VERY DAY
COUNSEL FOR DEFENDANT NICOLE WALKER
FAILED to CROSS EXAIM DEFENDANT WITNESS:

1.) DEVAN MILLS SbI:OO 192524
II.) ERNEST hill SbI:OO 250002
III.) WASLEY GREEN SbI: OO 275884.  to TESti-
FiE ON DEFENDANT BEhave. COUNSEL SUb-
PENED WITNESS I.) AND II.) ON 5/5/05 BY
MAiL (SEE-A-2) Both CamE to COURt BUt COUNSEL F-
AiLED to CALL THEM to the COURt ROOM to
BE CROSS-EXIAM about the WhEREabout DURN
The CRime AND what ThaY had SEEN AND
What I WAS Doin at the time of the
WhEN It WAS COMitteD. ON 5/19/06 She
Told ME DURN COURt That MY WITNESS Wil
BE CalIED UP FOR CROSS EXiAM ON 5/21/05
BUt ThAY WAS NEVER CalIEN, Base ON the
Above Resons. COUNSEL FaiLED to SUbPENA
AND CROSS EXAim NumbeR (III.) SO ON 5/2
/05 I WAS FouNd GuihtY OF I. COUNt OF MY
CharGes BUt NOt GuiztY ON the other two.
While NEXt, I GOt Sentence FOR MY

1.

CRIME ON 7/01/05    to, 3 YEARS Level 5
1 YEAR Level 4 · AND Two Years Level 3.

DURN OF MER MY APPEAL, I Made It A-
Donothly Clear to MY Counsel That I Would
Like to Appeal MY CONVICTION. AND Let ME
KNOW BY Contacting ME So WE Can go over
The Possibilitys FOR APPEAL. Without MY Notic
AND DISCUSSIN MY APPEAL with ME FOR
The GROUNDS, COUNSEL took It UPON hER
SELF to FILE MY Appeal ON AUG 23. 2005
With The all Ready ASSERTED ARGUMENT GROUND
To SUPREME Court, IN THEN SEND ME MY CO-
PY OF THE Already FILED BRIEF IN APPENDIX
ON SEP. 23. 2005. She FILED That Appeal to
the SUPREME COURT ONE Full Month When she
WAS SUPPOST to Advise ME. SO I FILED
A motion to PRO SE Rule 26 SUPR. Court. AND
I RECived A New COUNSEL Name LOREN C. MEYER
But Counsel I Filed the motion Rule 26* ON
WAS Still INEFFECTICE IN ON 12/5/05 She Files
MY REPLY BRIEF With out MY KNOWLGE A-
giAN IN ON 2/28/06 MY APPeal Was AFFIRI
ed IN the SUPREME COURT AND Mandate Re-
tURNed With, and DENIED hearin ON Bench.
So I Filed A (2) PostconVection(S) to Seek RELIEF
But WAS DENIED FOR Lack of EVidence.

_Summery Arguiment_

1. Counsel Failed to Cross-Exam Defendant
   Witness That was Subpened, And also
   Acted with Deficient Preformance
   When Counsel Failed to Duscess Argu-
   ments on Appeal with Defendant Befor
   Sending It to Supreme Court of
   Apeals, Direct Appeel(s) A Month Befor
   Noticear Client.

2

(I.) ON 5/3/05 COUNSEL SENT SUBPENA(S) to Witness BY MAIL (SEE-1 4/26/05 SUPERIOR COURT CRIMINAL DOCKET.) Also COUNSEL SENT MY LEGAL PER to MY COMPLAINT, STATEN. SHE Had ISSURED MY -A- Witness with SUBPEN(S) (SEE-Superior Court DOCKET. But DURN MY TRIAL SHE DIDN CROSS-EXAIM Them to the Court and JURY After They Had ARRIVED DURN the VARY FiRst DAY of THIAL ON 5/19/05.

(II.) FACT IS COUNSEL took It UPON her SAIF to FILE MY APPEAL ON AUG 23, 05 IN THEN SENT ME MY APPEAL COPY already Filed IN SEP 23, 05 (SEE BRIEF, AND THESUPERIOR COURT CRIMNAL DOCKET AND SUPREME DOCKET. ALSO SEE EXHibits ( , SHE FILED That APPEAL to the SUPREME COURT ONE Full Month When She was SUPPOST to Advise ME OF these Rights BEFOR Filen It without MY Notice (SEE DE St S Ct Rule 26# That States: " SUCH Statement bY THE ATTORNEY Shall State the DATE ON Which the ATTORNEY Shall DELIVER A COPY OF the BRiEF to The Client And WHETHER OR Not ANY WRiting WAS Recived IN RESPUNCE THERE to" Nowhere IN MY CRiMNAL COURT DOCKET

3

It SAYs ShE GAVE SucH StAtEMENt AND ShE
StAtED tnE DAtE ON Which ShE DElivERd
A COPY OF tnE BRIEF TO ME AND WhEtnER A
COPY WRitiNG WAS REcived IN RESPONSE
(SEE CRimnlal COURt DOCKEt EXhibit -A- ) ShE
WAS INEFFéctivE AND KNEIN WhAt ShE WAS
DOiN AFtnER I had FiLED A PROSE MotioNr
RULE 26# IN SUPPURt OF DEL. SUPR. COURt RULE
AND REcived A NEW COUNSEL (SEE Thot motion)AND
SUPREME COURt CRimNAL DOCKEt. also (SEE EXhib
C-4) OF tnE REPLY BRiEF. AND LETTER OF HER
KNGWLGE ABOUt MY NEW COUNSEL.

8

ARGUMENT

PUBLIC DEFENDER ATTORNEY Nicole M. WALKER ACTED WITH PREJUDICE, SO GRIEVOLS THAT COUNSEL PERFORMANCE FELL BELOW AN OBJECTIVE STANDARD OF REASONA-BLENESS WHEN SHE FAILED TO CROSS EXAIN MY WITNESS!

I.) DEVAN MILLS

II.) ERNEST WILL

III.) WASLEY GREEN  to TESTIFIE ON MY Behal

E.   COUNSEL SUBPENED WITNESS I) AND II ON 5/5/05 BY MAIL (SEE-SUPERIOR COURT CRIMNAL DOCKET ON 5/19/05) BOTH COME TO COURT ROOM TO BE CROSS - EXIAM. ON 5/19/05 SHE Told ME DURN COURT MY WITNESS WILL BE CALLED AND CROSS-EXIAM ON 5/21/05 BUT THAY WAS NEVER CALLED AND CROSS EXIAM ON 5/20/05, AND BASE ON MY Where abouts, WHAT HAD HAPPEN, WHAT THAY HAD SEEN DURN THE CRIME WHEN IT WAS COMMITTED ON Both OFFICERS COUNSEL FAILED TO SUBPENA AND CROSS-

4.

ARGUMENT

WRITING WAS RECIVED IN RESPONSE, (SEE-A-) SHE FILED MY BRIEF TO THE SUPREME COURT AND THEN SENT ME A COPY OF THE ALREADY FILED BRIEF SHE ONLY WHONTED TO ARGUAL, WITHOUT ADVISEN ME OF MY RIGHT TO PRO'SE (SEE-C-) SHE DID THE SAME THING ON MY REPLY BRIEF TO THE SUPREME COURT ON 12/5/05, AND THEN SENT ME A COPY OF THE BRIEF SEE WEEKS AFTHER STATE ATTORNEY FILED THERES. THE COUNSEL WAS INEFFECtivE EVEN AFTHER I DISCHARGED THE COUNSEL, IN MOVED TO- WARDED A MOTION ON OCT. 18 2005 FOR LEAVE TO PROCEED Rule 26th, AND RECIVED A NEW APPOINTED ATTORNEY. COUNSEL THAT WAS ASIND WAS; "LOREN C. MEYERS (SEE -B-1) BUT N!COLE WAIKER WAS STILL INEFFECtive DURAI MY TRIAL AND ON MY APPEAL. COUNSEL ERRORS WERE SO GRIEVOUS THAT COVNSEL PERFORMANCE FELL BELOW AN OB- JECTIVE STANDARD OF REASONAbLENESS. THERE IS A RESONAble DEGREE OF PROb- AbiLiTY buT FOR COUNSEL ERRORS, THE OutComE OF THE PROCeedinGS WOULD hAve BEEN DIFFERENT FROM MY CURRENT CUNVECTions. I WAS DEPRIVED OF DUE PROCESS OF LAW ThAT

5,

CONCLUSION

FOR THE REASONS AND THE AUTHORITIES CITED HEREIN, THE UNDERSIGNED COUNSEL RESPECTFULLY SUBMITS THAT APPELLANT'S CONVICTION AND SENTENCE MUST BE REVERSED.

RESPECTFULLY SUBMITTED,

TYRONE          GUINN    SBI: 375731

DATE: AUG. 29th, 2006

6.

CERTIFICATE OF SERIVE

I, Tyrone Guinen, Petitioner hereby Certify

That on 9/17/06 I have serveel ONE copies

of The Foregoing Petitioner OPENING Brief

Were Mailed to:

UNITED STATES DISTRICT JUGUE
    KENt Jordan,
At Unite States District Court
824 N. Kincy St. Lock box 18 Wilm,
DEL. 19801-3570.

Tyrone Guinn SbI: 375731
        Petitioner,

9/17/06

UNITED STATES POSTAGE

05 1A
0004608975
MAILED FROM ZIP

IM Tyrone Guinn

SBI# 315731  UNIT SHU  19

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

to; office of the clerk
United States District Court
844 N. King St
Lock box 18 wilm) Del,
           19801-3570

— LEGAL MAIL —

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    1
                         ( as of  03/31/2006 )

  State of Delaware v.  TYRONE L GUINN                      DOB: 11/12/1984
  State's Atty: CARI A VAN DYKE , Esq.       AKA: TYRONE H GUINN
  Defense Atty: NICOLE M WALKER , Esq.            TYRONE H GUINN



  Assigned Judge:

  Charges:
  Count     DUC#       Crim.Action#    Description      Dispo.    Dispo. Date
  ----------------------------------------------------------------------------
   001    0411013992   IN04111483R2   ASSLT DET FACIL    TG      05/20/2005
   002    0411013992   IN04111484     ASSLT DET FACIL    TNG     05/20/2005
   003    0411013992   IN04111485     ASSLT DET FACIL    TNG     05/20/2005

        Event
  No.   Date        Event                                 Judge
  ----------------------------------------------------------------------------
   1    11/23/2004
          CASE ACCEPTED IN SUPERIOR COURT.
          ARREST DATE: 11/17/2004
          PRELIMINARY HEARING DATE: 112204
          BAIL:  SECURED BAIL-HELD              6,000.00 100%
          NO CONDITION
   2    11/29/2004
          INDICTMENT, TRUE BILL FILED.NO 117
          SCHEDULED FOR CASE REVIEW AND ARRAIGNMENT 12/20/04 AT 9:00
   3    12/06/2004
          SUMMONS MAILED.
   5    12/14/2004
          NOTICE OF SERVICE - DISCOVERY RESPONSE.
   4    12/20/2004
          ARRAIGNMENT CALENDAR - 10-C FILED_BY MCDONALD
          12/20/2004                            BABIARZ JOHN E. JR.
          CASE REVIEW & ARRAIGNMENT CALENDAR: SET FOR FINAL CASE REVIEW.
          DATE: 1/18/05 @ 9
          01/18/2005                            ABLEMAN PEGGY L.
          FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 5/19/05
          01/18/2005                            ABLEMAN PEGGY L.
          ORDER SCHEDULING TRIAL FILED.
          TRIAL DATE: 5/19/05
          CASE CATEGORY: #2
          ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
          UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
          OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
          FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
          CONTINUANCE REQUESTS WILL BE DENIED.
   6    04/14/2005
          DEFENDANT'S LETTER FILED.
```

A-1

SUPERIOR COURT CRIMINAL DOCKET                    Page    2
( as of  03/31/2006 )

State of Delaware v.  TYRONE L GUINN                          DOB: 11/12/1984
State's Atty: CARI A VAN DYKE , Esq.        AKA: TYRONE H GUINN
Defense Atty: NICOLE M WALKER , Esq.             TYRONE H GUINN

```
      Event
No.   Date         Event                              Judge
------------------------------------------------------------------------------
```

       TO: LAWRENCE SULLIVAN
       DEFENDANT WANTS A NEW ATTORNEY ASSIGNED TO CASE.
✳7     04/26/2005
       SUBPOENA(S) MAILED.
 8     05/05/2005
       STATE'S WITNESS SUBPOENA ISSUED.
 9     05/11/2005
       TRANSCRIPT FILED.
       PRELIMINARY HEARING-NOVEMBER 22,2004
       BEFORE COMM.MARY MCDONOUGH
       05/19/2005                                   JOHNSTON MARY MILLER
       TRIAL CALENDAR- WENT TO TRIAL JURY
10     05/20/2005                                   JOHNSTON MARY MILLER
       CHARGE TO THE JURY FILED.
11     05/20/2005                                   JOHNSTON MARY MILLER
       JURY TRIAL HELD BEFORE JUDGE JOHNSTON 5/19-5/20/05.
       ON 5/20/05, THE DEFENSE MADE A MOTION FOR A JUDGEMENT OF ACQUITTAL
       ON ALL 3 COUNTS. THE MOTION WAS DENIED.
       THE JURY BEGAN DELIBERATIONS ON 5/20/05. THE JURY RETURNED ON 5/20/05
       WITH VERDICTS OF: ASSAULT IN A DETENTION FACILITY (1483) GUILTY;
       ASSAULT IN A DETENTION FACILITY (1484) NOT GUILTY- JUDGE JOHNSTON
       DECLARED THIS CHARGE NOT GUILTY; THE JURY COULD NOT AGREE ON A VERDICT
       FOR THIS CHARGE; ASSAULT IN A DETENTION FACILITY (1485) NOT GUILTY.
       A FULL PRE-SENTENCE INVESTIGATION IS ORDERED. SENTENCING WILL BE
       ON JULY 1, 2005 @ 9:30.
       STATE'S ATTORNEY: CARI VAN DYKE
       DEFENSE ATTORNEY: NICOLE WALKER
       COURT REPORTER(S): PATRICIA GANCI/JEANNE CAHILL
       COURT CLERK(S): MARIE CARUSO/JENNIFER HOUSTON/ANGELA HAIRSTON/
       ANTHONY IANNELLI
       EVIDENCE IS STORED IN THE VAULT
       07/01/2005                                   JOHNSTON MARY MILLER
       SENTENCING CALENDAR: DEFENDANT SENTENCED.
12     07/01/2005                                   JOHNSTON MARY MILLER
       SENTENCE: ASOP ORDER SIGNED AND FILED 7/14/05
13     07/19/2005
       LETTER FROM SUPREME COURT TO KATHLEEN FELDMAN, COURT REPORTER
       RE: A NOTICE OF APPEAL WAS FILED ON JULY 13, 2005.
       THE TRANSCRIPT IS DUE AUGUST 22, 2005.
       313, 2005
14     08/01/2005
       LETTER FROM SUPREME COURT TO COUNSELOR NICOLE WALKER, ESQ.

$A-2$

IN THE SUPREME COURT OF THE STATE OF DELAWARE

313 , 2005

N. M. WALKER                      TYRONE L. GUINN,
                                      Defendant Below,
                                      Appellant,
                                      v.

T. J. DONOVAN                     STATE OF DELAWARE,
                                      Plaintiff Below,
                                      Appellee.

DF $ 00.00

2005

| | | | |
|---|---|---|---|
| 1 | Jul | 13 | Notice of appeal from the convictions and sentence imposed on 07/01/05 in the Superior Court in and for New Castle County, by Judge Johnston, in Cr. A. No. IN04111482, I.D. #0411013992, with designation of transcript. (served by hand 7/13/05) (mfm) |
| 2 | Jul | 13 | Directions to court reporter of proceedings below to be transcribed pursuant to Rule 9(e) by appellant. (service shown on court reporter by hand 7/13/05) (mfm) |
| 3 | Jul | 15 | Letter dated 7/15/05 from Chief Deputy Clerk to Kathleen Feldman, transcript is due to be filed by 8/22/05. (dlw) |
| 4 | Jul | 15 | Letter dated 7/15/05 from Chief Deputy Clerk to Nicole M. Walker, Esquire, requesting a copy of Judge Johnston's 7/1/05 sentencing order be filed to be attached to the notice of appeal upon her receipt. (dlw) |
| 5 | Jul | 25 | Letter dated 7/22/05 from Nicole M. Walker, Assistant Public Defender to Clerk, enclosing sentencing order being appealed. (service shown) (rdd). |
| 6 | Aug | 24 | Court reporter's final transcript log entry: Prothonotary received 8/17/05. (eas) |
| 7 | Aug | 24 | Letter dated 8/24/05 from Senior Court Clerk to Prothonotary, record is due to be filed by 8/31/05. (eas) |
| 8 | Aug | 25 | Record w/ transcript. (eas) |
| 9 | Aug | 25 | Brief schedule issued. (opening brief due 9/26/05) (eas) |
| 10 | Sep | 23 | Appellant's opening brief and appendix. (served by hand 9/23/05) (mjd) |
| 11 | Oct | 18 | Affidavit requesting to proceed pro se pursuant to Rule 26(d)(iii). (no service shown) (mjd) |

B - 1

12    Oct   18      Directions to court reporter of proceedings below to be
                    transcribed pursuant to Rule 9(e) by appellant.
                    (no service shown on the court reporter) (mjd)

13    Oct   20      Letter dated 10/20/05 from Chief Deputy Clerk to Nicole
                    M. Walker, Esquire, forwarding the appellant's
                    documents filed on 10/17/05. (dlw)

14    Oct   26      Brief delinquency notice dated 10/26/05 from Clerk to
                    appellee. (clh)

15    Oct   26      Motion for leave to file answering brief out of time by
                    appellee. (served by hand 10/26/05)(mjd)

16    Oct   28      Additional transcript to be made part of the record.
                    (eas)

17    Nov   01      Order dated 10/31/05 by Steele, C.J., appellee's
                    answering brief is due 11/23/05 (afb).

18    Nov   18      Letter dated 11/15/05 from Tyrone Guinn to Court,
                    regarding his appeal. (mjd)

19    Nov   22      Appellee's answering brief. (served by hand 11/22/05)
                    (mjd)

20    Nov   22      Letter dated 11/22/05 from Assistant Clerk to Nicole M.
                    Walker, Esq., forwarding Mr. Guinn's 11/15/05 letter
                    for appropriate disposition (afb).

21    Nov   22      Notice dated 11-22-05 from Clerk to counsel, the case
                    will be submitted for decision on briefs as of 12-21-05
                    (clh)(MTS,CB,JBJ)

✱ 22  Dec   05      Appellant's reply brief. (served by hand 12/5/05) (mfm)
  2006

23    Feb   14      Letter dated 2/14/06 from Tyrone Guinn to Clerk,
                    regarding his appeal. (eas)

24    Feb   14      Letter dated 2/14/06 from Senior Court Clerk to Nicole
                    Walker, Esquire, forwarding Mr. Guinn's letter for
                    appropriate disposition. (eas)

25    Feb   22      Letter dated 2/18/06 from Tyrone Guinn to Clerk,
                    regarding his appeal. (eas)

26    Feb   22      Letter dated 2/22/06 from Senior Court Clerk to Nicole
                    Walker, Esquire, forwarding Mr. Guinn's letter for
                    appropriate disposition. (eas)

27    Feb   28      Order dated 2/28/06 by Steele, C.J., AFFIRMED.
                    (MTS,CB,JBJ) (eas)

28    Mar   13      Letter dated 3/1/06 from Tyrone Guinn to Clerk,
                    inquiring as to the status of his appeal. (docket
                    sent) (eas)

$$\beta - 2$$

29   Mar  16        Record and mandate to clerk of court below. Case Closed
                    (afb).

30   Mar  20        Letter dated 3/11/06 from appellant to Clerk requesting
                    a copy of the docket sheet and the name of his counsel
                    (sent) (afb).

B-3



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

**LAWRENCE M. SULLIVAN**
**PUBLIC DEFENDER**

**NICOLE M. WALKER**
**ASSISTANT PUBLIC DEFENDER**

**ANGELO FALASCA**
**CHIEF DEPUTY**

**TELEPHONE**
**(302) 577-5121**

September 30, 2005

Tyrone Guinn
SBI#375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

> Re:  Guinn v. State
>       Appeal No. 313, 2005

Dear Mr. Guinn:

Enclosed is a copy of the Opening Brief and Appendix filed on your behalf.

Very truly yours,

Nicole M. Walker
Assistant Public Defender

NMW:dab
Enclosure

$C-1$

COPY

IN THE SUPREME COURT OF THE STATE OF DELAWARE

TYRONE GUINN,                        :
                                     :
        Defendant-Below              :
        Appellant,                   :
                                     :
                                     :    No.  313, 2005
                                     :
v.                                   :
                                     :
STATE OF DELAWARE,                   :
                                     :
        Plaintiff-Below              :
        Appellee.                    :

---

ON APPEAL FROM THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

---

APPELLANT'S OPENING BRIEF

Nicole M. Walker, Esquire
Bar #4012
Office of the Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
(302) 577-5121

Attorney for Appellant

Dated:    September 23, 2005

C-2

IN THE SUPREME COURT OF THE STATE OF DELAWARE

TYRONE GUINN,                        )
                                     )
                                     )
          Defendant-Below,           )
          Appellant,                 )
                                     )
v.                                   )        No. 313, 2005
STATE OF DELAWARE,                   )
                                     )
          Plaintiff-Below,           )
          Appellee.                  )

ON APPEAL FROM THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

APPENDIX TO APPELLANT'S OPENING BRIEF

Nicole M. Walker
Delaware Bar No. 4012
Assistant Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Attorney for Appellant.
(302) 577-5121

DATE:   September 23, 2005

C-3



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

NICOLE M. WALKER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5121

December 6, 2005

Tyrone Guinn
SBI#375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
N440

Re:  Appeal No. 313, 2005

Dear Mr. Guinn:

Enclosed is a copy of Appellant's Reply Brief filed on your
behalf.

Very truly yours,

Nicole M. Walker
Assistant Public Defender

NMW:dab
Enclosure

$C-\mathcal{H}$.