NAME: Tyrone Quinn   SbI: 00375731

9/30/06                                      Case No. 06-468-KAJ.

Dear Mr. Kent Jordan, my name is Tyrone Quinn, the petitioner in case no. 06-468-KAJ. On Sep. 1, 2006 I sent my petition to your office but there seem to be some type of problem. When I sent my petition to your office I did not apphy a appendice with a table of contents for the transcript, so that you can find and understand comphethy what I'm arguing in my opening brief. (See opening brief.) So required by D. Del. LR 7.13 (A.)(C.) and D. Del. LR 7.13 (D.) I'm simphy providin you with the appendice, with the already approved preliminary review "Rule 4" of my opening brief on 9/1/06. So please inclosed find your copy along with a respondent copy appendice.

P.S. So for the delay.

Sincerhy

FILED
OCT -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned