OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 4, 2006

TO: Tyrone Guinn
SBI# 375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Return of Service Copies; 06-468(KAJ)*

Dear Mr. Guinn:

This office is in receipt of service copies in the above mentioned case. Please be advised that it is your responsibility to serve opposing counsel, not the Clerk's Office.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan