IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-468-KAJ |
| | ) |
| THOMAS CARROLL, Warden and CARL C. DANBERG, Attorney General for the State of Delaware | ) ) ) |
| | ) |
| Respondents. | ) |

## ORDER

This 9th day of Nov., 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before November 22, 2006.

United States District Judge