IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TYRONE GUINN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-468-KAJ |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**SUPPLEMENTAL CERTIFIED STATE COURT RECORDS**

1. The petitioner, Tyrone Guinn, has applied for federal habeas relief, alleging a variety of errors in his 2005 conviction. D.I. 2. The undersigned filed an answer to the petition on November 9, 2006.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. According to Superior Court personnel, the Superior Court records relevant to this appeal are with the judge and will be unavailable until a later date. As such, the undersigned has been unable to obtain certain certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before December 1, 2006.

4. This is Respondents SECOND request for an extension of time.

      4.      Respondents submit that an extension of time to December 1, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                               /s/ James T. Wakley
                                               Deputy Attorney General
                                               Department of Justice
                                               820 N. French Street
                                               Wilmington, DE 19801
                                               (302) 577-8500
                                               Del. Bar. ID No. 4612

DATE: November 22, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ James T. Wakley</u>
Deputy Attorney General

Counsel for Respondents

Date: November 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on November 22, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Tyrone Guinn
SBI No. 00375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  November 22, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TYRONE GUINN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-468-KAJ |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before December 1, 2006.

_____
United States District Judge