IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TYRONE GUINN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-468-KAJ |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING
OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0411013992

b. Appellant's Opening Grief and Appendix (313, 2005)

c. State's Answering Brief (313, 2005)

d. Appellant's Reply Brief (313, 2005)

e. February 28, 2006 Order (313, 2005)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: November 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on November 22, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Tyrone Guinn
SBI No. 00375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                                             /s/ James T. Wakley
                                                             Deputy Attorney General
                                                             Department of Justice
                                                             820 N. French Street
                                                             Wilmington, DE 19801
                                                             (302) 577-8500
                                                             Del. Bar. ID No. 4612

November 22, 2006