IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TYRONE GUINN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-468-KAJ |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING
OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents have been manually filed with the Court and are available in paper form only:

a. July 1, 2005 Sentencing Order (C.A.No. 0411013992)

b. October 14, 2005 Motion for Postconviction Relief

c. November 4, 2005 Motion for Postconviction Relief

d. December 2, 2005 Motion for Postconviction Relief

e. January 12, 2006 Letter in response to b, c, d.

f. March 21, 2006 Motion for New Trial

g. March 28, 2006 Motion for New Trial

h. April 24, 2006 Motion for Postconviction Relief

i. May 15, 2006 Appendix to Motion for Postconviction Relief

j. May 25, 2006 Order

k. August 16, 2006 Order

l. August 25, 2006 Update of Motion for Postconviction Relief

m. November 27, 2006 Order

n. June 6, 2006 Motion for Postconviction Relief

o. Appendix to June 6, 2006 Motion for Postconviction Relief

                                /s/ James T. Wakley
                                Deputy Attorney General
                                Department of Justice
                                820 N. French Street
                                Wilmington, DE 19801
                                (302) 577-8500

DATE: December 4, 2006                Del. Bar. ID No. 4612

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on December 4, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Tyrone Guinn
SBI No. 00375731
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

December 4, 2006