IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TYRONE GUINAN,
    Petitioner,

v.

THOMAS CARROLL, WARDAN
AND CARL C. DANBERG, ATTORNEY
GENERAL FOR THE STATE OF DELAWARE
    Respondants,

Civ. Act. No. 06-468

FILED
DEC 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION FOR OBJECTION AS
Provided by Local Court Rule, Rule 8.

1. The Petitioner, Tyrone Guinan, has Applied for Federal Habeas Relief, Alleging a Variety of Errors in his 2005 Conviction.

2. State Attorney "Respondent" Filed an Answer to the Petition on November 9, 2006.

3. Respondents Agian Filed, State Court Records, From The Delaware Superior Court.

*4. According to § 2254, Rule 8, U.S.C.A Foll. § 225 "Evidentiary Hearing" (b) Reference to Magistrate Juge. It states Clearly:" With 10 days After being Served, A party may File Objecti-

NS as provided by Local Court Rule". Petition files this objection before this Court because, the previous judge that filled the vacancy, "Judge Honorable Kent A Jordan", to the United States Magistrate Judges pursaunt to 28 U.S.C.A. § 636(b). Failed to issue the proper judicial procedure accorden to Rule 5(E). "The Answer and the Reply". Mr. Kent Jordan issued a order for the respondent to address the allegations in the petition in the other answers pursaunt to Rule 5(E). Judge failed to issue the petitioner also a order for reply. The petitioner was not intitled to submit a reply to the respondents answer or other pleading within a time fixed by the judge. According to Rule 5(E). Reply, Petitioner seek's objection so that he also recive the fairnless rights and due process of law pursaunt to his Habeas Corpus that's govern by the United States district court under 28 U.S.C § 2254, to challenge his conviction and sentence.

5. This is petitioner first request for objection motion in this case.

6. Petitioner submit that an Reply Brief pursaunt to Rule (5)(E). would serve equal fairnless in this petition for Habeas Corpus relief.

7. Finally,

Possibily made During Filing his Heabeas Petition.

Date: December 21, 2006

Tyronee Quinn
SBI: 315731
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, De 19977.

## CERTIFICATE OF SERVICE

I, _Tyrone Quinn_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _21_ day of _December, 2006_.

MR. CARL C. DANBERG,
Deputy Attorney General
Department of Justice
820 North French Street   *(Or other address if filed in a different county)*
Wilmington, DE 19801

_12/21/06_
Date signed

_Tyrone Quinn_
Signature of Movant (Notarization not required)

4

IM Tyrone Quinn
SBI# 315131  UNIT SMU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

— LEGAL MAIL —

To Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Delaware 19801-3570

WILMINGTON DE 197
19 DEC 2006 PM 1 L