SAMPLE FORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Tyrone Guinn

**APPELLANT,**

v.   C.A. No. 1:06-cv-468-xxv Mpt

State of Delaware

**APPELLEE,**

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Tyrone Guinn, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 6/20/07

Tyrone Guinn
Name:
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

**FILED**
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

SAMPLE FORM

IM Tyrone Quinn
SBI# 375731 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.41⁰ JUN 21 2007
MAILED FROM ZIP CODE 19977

U.S.M.S. X-RAY

To: Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, Del. 19801-3570

Legal Mail